UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JOYCE L. JONES,**

    Plaintiff,

v.

                            **No. 4:25-cv-00916-P**

**MANSFIELD INDEPENDENT SCHOOL
DISTRICT, ET AL.,**

    Defendants.

## ORDER

On May 28, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in the above-captioned case. ECF No. 44. The FCR recommends that Defendants' Motion to Dismiss be granted and that all claims against Defendants be dismissed with prejudice. *Id.* Plaintiff filed an Objection to the FCR on June 5, 2026. ECF No. 45.

The Court has conducted a *de novo* review of the following:

1. The pleadings and record;

2. The FCR of the United States Magistrate Judge (ECF No. 44);

3. The Plaintiff's written objections to the FCR (ECF No. 45); and

4. The applicable law.

The Court, having conducted a *de novo* of the FCR in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts them as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's objections are **OVERRULED**, and the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**. If a court determines that dismissal of a claim is appropriate, it should be with prejudice if amending the claim would be futile or "the plaintiff has alleged his best

case." *Jones v. Greninger*, 188 F.3d 322, 327 (5th Cir. 1999); *see Schiller v. Physicians Res. Group, Inc.,* 342 F.3d 563, 566 (5th Cir.2003). Therefore, all claims against all Defendants are **DISMISSED with prejudice.**

**SO ORDERED** on this **30th day of June 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

2